USCA1 Opinion

 

 January 30, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1079 WILLIAM MCDONALD, Plaintiff, Appellant, v. DEBRA A. PERKINS, AND VNA, MILFORD-WHITINSVILLE, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Boudin, Circuit Judges. ______________ ____________________ William McDonald, pro se. ________________ Leslie Lockard and Gaffin & Krattenmaker, P.C. on brief for _______________ ______________________________ appellee Visiting Nurse Association of the Greater Milford-Northbridge Area. Alexandra B. Harvey and Taylor, Anderson & Travers on brief for ____________________ ___________________________ appellee Debra A. Perkins. ____________________ ____________________ Per Curiam. We have reviewed the decision to ___________ dismiss the complaint de novo, Negron-Gaztambide v. _________________ Hernandez-Torres, 35 F.3d 25, 27 (1st Cir. 1994), and ________________ conclude, accepting the complaint's allegations as true, that they are insufficient to state a cause of action as a matter of law under any theory presented. Vartanian v. Monsanto _________ ________ Co., 14 F.3d 697, 700 (1st Cir. 1994). Consequently, we ___ affirm the decision of the district court for substantially the reasons stated in its memorandum and order of December 23, 1993. Affirmed. ________